IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENIO PAZ PENA, | No. C 12-01434 JW (PR) |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| SERGEANT VAN BLARCOM, et al., | |
| Defendants. | |

Plaintiff, a state prisoner, filed the instant pro se prisoner complaint under 42 U.S.C. § 1983, alleging that prison officials at San Quentin State Prison violated his constitutional rights when they lost his property during a prison transfer. Plaintiff raised the same allegations in another prisoner complaint filed in this Court, which was dismissed because it failed to state a claim for relief under § 1983. See Pena v. Van Blarcom, et al., No. C 11-5205-JW (PR), Order of Dismissal filed and judgment entered February 2, 2012.

A prisoner complaint that merely repeats pending or previously litigated claims may be considered abusive and dismissed under the authority of 28 U.S.C. § 1915A. Cf. Cato v. United States, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (citing Bailey v. Johnson, 846 F.2d 1019, 1021 (5th Cir. 1988)) (duplicative in forma

Order of Dismissal
G:\PRO-SE\JW-SF\CR-12\Pena-12-1434_dismiss as duplicative.wpd

1  pauperis complaint may be considered abusive and dismissed under 28 U.S.C.
2  § 1915). Because plaintiff raised and litigated the same allegations and claims
3  raised herein in Pena v. Van Blarcom, et al., No. C 11-5205-JW (PR), the instant
4  complaint is deemed duplicative and abusive under § 1915A. That plaintiff adds an
5  additional defendant in this later-filed action does not compel a different result. See
6  Bailey, 846 F.2d at 1021 (complaint repeating same allegations asserted in earlier
7  case, even if now filed against new defendants, is subject to dismissal as
8  duplicative). To the extent that plaintiff's complaint in this action seeks
9  reconsideration of the Order of Dismissal in Pena v. Van Blarcom, et al., No. C 11-
10 5205-JW (PR), plaintiff's request is without merit.

11  The complaint is DISMISSED with prejudice as duplicative under the
12 authority of 28 U.S.C. § 1915A(b). The clerk shall enter judgment in accordance
13 with this order, terminate all pending motions therein, and close the files.

14  IT IS SO ORDERED.

16  DATED: March 26, 2012

                                    JAMES WARE
                                    United States District Chief Judge

Order of Dismissal
G:\PRO-SE\JW-SF\CR-12\Pena-12-1434_dismiss as duplicative.wpd       2

United States District Court
For the Northern District of California